UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregoire M. Nleme,

    Plaintiff,

v.

Ford Motor Co.,

    Defendant.

Case No. 15-cv-470 MJD/FLN

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 30, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant Ford Motor Company's motion to dismiss (ECF No. 8) is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 3, 2015          s/Michael J. Davis
                                                       MICHAEL J. DAVIS
                                                       United States District Court Judge